# Third District Court of Appeal

## State of Florida

Opinion filed December 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1414
Lower Tribunal No. 15-33-A-P
_____

**Duglas Hernandez Morel,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Luis Garcia, Judge.

Duglas Hernandez Morel, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.